**MEMO ENDORSED**

**LAW OFFICES OF**
# KOFFSKY & FELSEN, LLC
**1150 BEDFORD STREET
STAMFORD, CONNECTICUT  06905
(203) 327-1500
FACSIMILE (203) 327-7660**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/22/2020

**Via ECF**

July 22, 2020

Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    USA V. DERRICK FRANKS
                1:16 Cr. 372 (NSR)

Dear Judge Caproni:

      In or about 2016, I was appointed as counsel for Derrick Franks in the above matter.  On or about April 28, 2017, Mr. Franks was sentenced by the Court.  It is now my understanding that defendant Franks will be back before the Court on a violation of his Supervised Release and a hearing on the matter has been scheduled for September 3, 2020.  I am therefore requesting that Your Honor reappoint me as CJA counsel for the purpose of representing Mr. Franks on his violation of supervised release.

      Thank you for your consideration.

                              Respectfully submitted,

                              _/s/ *Bruce D. Koffsky*_
                              Bruce D. Koffsky

Application GRANTED.

SO ORDERED.



7/22/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE