USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/31/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA            :
                                    :
         -against-                  :
                                    :   16-CR-372 (VEC)
                                    :
DERRICK FRANKS,                     :   ORDER
                                    :
                        Defendant.  :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS a violation of supervised release hearing is currently scheduled for **September 3, 2020 at 2:00**;

IT IS HEREBY ORDERED: The sentencing will take place in **Courtroom 518** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  Members of the public may appear for the hearing by calling (888) 363-4749, using the access code 3121171 and the security code 0372.

**SO ORDERED.**

**Dated: August 31, 2020
       New York, NY**

_____
**VALERIE CAPRONI
United States District Judge**