USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/3/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA

    -against-

16-CR-372 (VEC)

DERRICK FRANKS,

ORDER

                      Defendant.

------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

    WHEREAS a violation of supervised release hearing was held on **September 3, 2020**;

    IT IS HEREBY ORDERED THAT: A hearing will be held on **December 8, 2020 at 11:00 a.m**. in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. Members of the public may appear for the hearing by calling (888) 363-4749, using the access code 3121171 and the security code 0372.

**SO ORDERED.**

Dated: September 3, 2020
      New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**